B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lykins Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**61-0946090** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3197 AA Highway**<br>**Maysville, KY**<br>ZIP Code **41056** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mason** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(1/08)**                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lykins Enterprises, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)** <span style="float:right">Page 3</span>

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lykins Enterprises, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Allison Fridy Arbuckle
Signature of Attorney for Debtor(s)

**Allison Fridy Arbuckle**
Printed Name of Attorney for Debtor(s)

**Wise DelCotto PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507**
Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**January 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ David O. Lykins, Jr.
Signature of Authorized Individual

**David O. Lykins, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 29, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Lykins Enterprises, Inc.** _____  Case No. _____
Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Chevron Oil Products<br>6001 Rollinger Canyon Rd<br>San Ramon, CA 94583 | Chevron Oil Products<br>6001 Rollinger Canyon Rd<br>San Ramon, CA 94583 | Trade debt | | 841,444.28 |
| Marathon<br>539 S. Main Street<br>Findlay, OH 45840-3229 | Marathon<br>539 S. Main Street<br>Findlay, OH 45840-3229 | Trade debt | | 480,085.07 |
| Shell Oil<br>P.O. Box 7247-6109<br>Philadelphia, PA 19170-6109 | Shell Oil<br>P.O. Box 7247-6109<br>Philadelphia, PA 19170-6109 | Trade debt | | 425,179.46 |
| Pilot<br>5500 Lonas Road Suite 260<br>Knoxville, TN 37909 | Pilot<br>5500 Lonas Road Suite 260<br>Knoxville, TN 37909 | Trade debt | | 100,000.00 |
| Sullivan, Conliff<br>2000 Waterfront Plaza 325 West Main St<br>Louisville, KY 40202 | Sullivan, Conliff<br>2000 Waterfront Plaza 325 West Main St<br>Louisville, KY 40202 | Trade debt | | 72,658.38 |
| Topicz<br>P.O. Box 37289<br>Cincinnati, OH 45222 | Topicz<br>P.O. Box 37289<br>Cincinnati, OH 45222 | Trade debt | | 63,308.51 |
| Pepsi Cola Bottling Co. of Ripley<br>1111 Second Street<br>Ripley, OH 45167 | Pepsi Cola Bottling Co. of Ripley<br>1111 Second Street<br>Ripley, OH 45167 | Trade debt | | 37,002.93 |
| Lewis Transport, Inc.<br>P. O. Box 1029<br>Columbia, KY 42728 | Lewis Transport, Inc.<br>P. O. Box 1029<br>Columbia, KY 42728 | Trade debt | | 20,000.00 |
| Cheswin, LLC<br>2121 Highland Avenue<br>Louisville, KY 40204 | Cheswin, LLC<br>2121 Highland Avenue<br>Louisville, KY 40204 | Lease payment | | 17,066.08 |
| PWM Electronic Price Signs, Inc.<br>2517 Fairway Park, Suite 202<br>Houston, TX 77092 | PWM Electronic Price Signs, Inc.<br>2517 Fairway Park, Suite 202<br>Houston, TX 77092 | Settlement payment | | 15,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re __Lykins Enterprises, Inc._____        Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Stermon, LLC<br>Attn: Julian Kennamar<br>2121 Highland Avenue<br>Louisville, KY 40204 | Stermon, LLC<br>Attn: Julian Kennamar<br>2121 Highland Avenue<br>Louisville, KY 40204 | Lease payment | | 12,400.00 |
| Federated Insurance<br>P.O. Box 328<br>Owatonna, MN 55060 | Federated Insurance<br>P.O. Box 328<br>Owatonna, MN 55060 | Insurance | | 9,731.67 |
| Henry Prewitt<br>111 Woodmont Drive<br>Paris, KY 40361 | Henry Prewitt<br>111 Woodmont Drive<br>Paris, KY 40361 | lease payment | | 4,959.00 |
| AEL Financial LLC<br>P. O. Box 88046<br>Milwaukee, WI 53288-0046 | AEL Financial LLC<br>P. O. Box 88046<br>Milwaukee, WI 53288-0046 | lease payment | | 4,453.80 |
| Prudential Insurance<br>5101 Interchange Way<br>Louisville, KY 40229 | Prudential Insurance<br>5101 Interchange Way<br>Louisville, KY 40229 | Insurance | | 3,549.00 |
| Cintas<br>West Hampton Drive<br>Lexington, KY 40511 | Cintas<br>West Hampton Drive<br>Lexington, KY 40511 | Uniform rental | | 3,403.99 |
| Rumpke<br>P.O. Box 538708<br>Cincinnati, OH 45254 | Rumpke<br>P.O. Box 538708<br>Cincinnati, OH 45254 | Utilities | | 1,057.83 |
| Fleming-Mason Energy<br>P.O. Box 328<br>Flemingsburg, KY 41041 | Fleming-Mason Energy<br>P.O. Box 328<br>Flemingsburg, KY 41041 | Utilities | | 1,031.31 |
| Windstream<br>1720 Galleria Blvd.<br>Charlotte, NC 28270 | Windstream<br>1720 Galleria Blvd.<br>Charlotte, NC 28270 | Telephone services | | 1,011.29 |
| City of Brooksville<br>P.O. Box 216<br>Brooksville, KY 41004 | City of Brooksville<br>P.O. Box 216<br>Brooksville, KY 41004 | Utilities | | 687.07 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __January 29, 2010_____        Signature    __/s/ David O. Lykins, Jr._____
David O. Lykins, Jr.
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Lykins Enterprises, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter   **11** _____

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**4**__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:   **January 29, 2010** _____        **/s/ David O. Lykins, Jr.** _____

**David O. Lykins, Jr./President**
Signer/Title

I, _____**Allison Fridy Arbuckle**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __**4**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **January 29, 2010** _____        **/s/ Allison Fridy Arbuckle** _____

Signature of Attorney
**Allison Fridy Arbuckle**
**Wise DelCotto PLLC**
**200 North Upper Street**
**Lexington, KY 40507**
**(859) 231-5800   Fax: (859) 281-1179**

AEL Financial LLC
P. O. Box 88046
Milwaukee WI 53288-0046


Bracken County Sheriff
P.O. Box 186
Brooksville KY 41004


Cheswin, LLC
2121 Highland Avenue
Louisville KY 40204


Chevron Oil Products
6001 Rollinger Canyon Rd
San Ramon CA 94583


Cintas
West Hampton Drive
Lexington KY 40511


City of Brooksville
P.O. Box 216
Brooksville KY 41004


City of Morehead
105 East Main Street
Morehead KY 40351


City of Mt. Sterling
33 N. Maysville St
Mount Sterling KY 40353


City of Vanceburg
189 Second St. Suite A
Vanceburg KY 41179


Clark County Sheriff
17 Cleveland Avenue
Winchester KY 40391


Don Howard
505 Leawood Drive
Frankfort KY 40601

Electric Plant Board of Vanceburg
P.O. Box 489
Vanceburg KY 41179

Environmental and Public Protection Cab
300 Fair Oaks Lane
Frankfort KY 40601

Federated Insurance
P.O. Box 328
Owatonna MN 55060

First and Peoples Bank
1001 Diedrich Blvd
Russell KY 41169

First Community Bank
410 Second Street
Vanceburg KY 41179

Fleming County Sheriff
115 West Main St.
Flemingsburg KY 41041

Fleming-Mason Energy
P.O. Box 328
Flemingsburg KY 41041

Henry Prewitt
111 Woodmont Drive
Paris KY 40361

Jim Barbour
3324 Osceola Road
Elon NC 27244

Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Section
P O Box 5222
Frankfort KY 40602

KY Div of Regulation and Inspection
111 Corporate Drive
Frankfort KY 40601

Lewis Transport, Inc.
P. O. Box 1029
Columbia KY 42728


Marathon
539 S. Main Street
Findlay OH 45840-3229


Marsha Hale
Attn: Jim Barbour
3324 Osceola Road
Elon NC 27244


Mason County Sheriff
P.O. Box 502
Maysville KY 41056-0502


Maysville Utility Commission
P.O. Box 406
Maysville KY 41056


Peoples Bank of Fleming Co.
P. O. Box 367
Flemingsburg KY 41041


Pepsi Cola Bottling Co. of Ripley
1111 Second Street
Ripley OH 45167


Pilot
5500 Lonas Road Suite 260
Knoxville TN 37909


Prudential Insurance
5101 Interchange Way
Louisville KY 40229


PWM Electronic Price Signs, Inc.
2517 Fairway Park, Suite 202
Houston TX 77092


Roger Barbour, Jr.
Attn: Jim Barbour
3324 Osceola Road
Elon NC 27244

Rowan County
627 East Main St.
Morehead KY 40351


Rumpke
P.O. Box 538708
Cincinnati OH 45254


Shell Oil
P.O. Box 7247-6109
Philadelphia PA 19170-6109


Stermon, LLC
Attn: Julian Kennamar
2121 Highland Avenue
Louisville KY 40204


Sullivan, Conliff
2000 Waterfront Plaza 325 West Main St
Louisville KY 40202


Topicz
P.O. Box 37289
Cincinnati OH 45222


Traditional Bank
49 West Main St
Mount Sterling KY 40353


Windstream
1720 Galleria Blvd.
Charlotte NC 28270