UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE William S. Howard

IN RE:                                                                  CASE NUMBER 10-20240

Lykins Enterprises, Inc.

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 2/11/2010                                                    TIME: 09:00

APPEARANCES:

   Hanrahan, Philip
   Pavey, Gregory
   Burgess, Patricia
   Beausoleil, Sharon
   DelCotto, Laura Day
   Arbuckle, Allison

ISSUE:

11    1/29/2010    Motion for Interim Use of Cash Collateral, filed by Lykins Enterprises, Inc.. Hearing scheduled for 2/3/2010 at 10:30 AM at Lexington Courtroom, 2nd Floor. (Attachments: # (1) Proposed Order) (Arbuckle, Allison)

DISPOSITION:
   Sus

JUDGE'S NOTES:

   Sus. on an interim basis.  Debtor to tender order.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Thursday, February 11, 2010**
**(ekm)**